**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCOS E. ORTEGA, | ) | NO. ED CV 10-1387-R(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| F. GONZALES, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Petitioner's claims concerning the restitution fine and the alleged visitation restriction are dismissed without prejudice for lack of subject matter jurisdiction; and (2) Petitioner's remaining claims are denied and dismissed with prejudice.

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein by United States mail on Petitioner, and counsel for
4  Respondent.

6       LET JUDGMENT BE ENTERED ACCORDINGLY.

8            DATED: Jan. 3, 2011.

11                    _____
                            MANUEL L. REAL
12                     UNITED STATES DISTRICT JUDGE