**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCOS E. ORTEGA, | ) | NO. ED CV 10-1387-R(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| F. GONZALES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Petitioner's claims concerning the restitution fine and the alleged visitation restriction are dismissed without prejudice for lack of subject matter jurisdiction; and

///
///
///
///
///

(2) Petitioner's remaining claims are denied and dismissed with prejudice.

DATED: Jan. 3, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE